CITY OF KANSAS CITY,
Missouri, Respondent,

v.

Hal MILLER, Appellant.

No. WD 42086.

Missouri Court of Appeals,
Western District.

March 27, 1990.

Motion for Rehearing and/or Transfer to
Supreme Court Denied April 24, 1990.

Application to Transfer Denied
June 19, 1990.

Richard N. Ward, City Atty., George L.
Sharp, City Prosecutor, Roger A. Potter,
Asst. City Prosecutor, Kansas City, for respondent.

Hal Miller, Independence, pro se.

Before ULRICH, P.J., and
SHANGLER and TURNAGE, JJ.

ORDER

PER CURIAM.

Appeal from convictions of five violations
of the Kansas City, Missouri property
maintenance code.

Affirmed. Rule 30.25(b).